1  Joel R. Bryant, Esq. (State Bar No. 149370)
   jbryant@gbflawyers.com
2  GREEN BRYANT & FRENCH LLP
   1230 Columbia Street, Suite 1120
3  San Diego, California 92101
   Tel: (619) 239-7900
4  Fax: (619) 239-7800

5  Attorneys for Plaintiff, Hubert Godinez

6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN  DISTRICT OF CALIFORNIA**

10 | HUBERT GODINEZ, an individual, | ) | **CASE NO: CV11-02458-GEB-CMK** |
|---|---|---|
| PLAINTIFF, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRE-TRIAL SCHEDULING) CONFERENCE** |
| v. | ) ) | |
| AT&T MOBILITY SERVICES LLC, a Delaware Limited Liability Company; and DOES 1-100, jointly and severally, | ) ) ) ) | **Date:** December 12, 2011<br>**Time:** 9:00 a.m.<br>**Dept.:** Courtroom 10<br>**Judge:** Honorable Garland E. Burrell |
| DEFENDANTS. | ) ) | |

17     Pursuant to the Court's September 16, 2011 Order, a Status (Pretrial Scheduling) Conference in the above referenced matter was scheduled for December 12, 2011.  The Order further required the parties to file a joint status report no later than fourteen (14) days prior to the scheduling conference.  For the reasons set forth below, Plaintiff respectfully requests that the Court continue the Status Conference scheduled for December 12, 2011 to February 13, 2012, at 9:00 a.m.

22     On October 6, 2011, counsel for AT&T Mobility Services LLC ("AT&T Mobility") advised Plaintiff's counsel that none of the four Defendants named in the Complaint were proper parties to this case, and further advised that, based on the allegations of the Complaint, the only entity which should have been named as a Defendant was his client, AT&T Mobility.  In reliance on those representations, Plaintiff filed a First Amended Complaint on October 25, 2011, which removed all prior Defendants, and named the new, current, Defendant AT&T Mobility.  Said Defendant was subsequently served on November 4, 2011 via Waiver of Service of Summons.  On November 15,

1  2011 Plaintiff received the signed Waiver of Service from Defendant and filed the Proof of Service
2  with the Court. Defendant's answer to the complaint is due on January 3, 2012, and Plaintiff does
3  not anticipate the Defendant will appear until that date.

4  Given that the new Defendant has not yet appeared, is not obligated to appear, and will not
5  appear, as of the date of the scheduled Status (Pretrial Scheduling) Conference, there can be no Joint
6  Status Report submitted to the Court at the conference or any time before then, and there will be
7  no Pretrial Scheduling accomplished at the conference in the absence of the only Defendant's
8  counsel. Accordingly, Plaintiff believes that continuing the Status (Pretrial Scheduling) Conference
9  until February 13, 2012, would provide both parties ample and reasonable time to Meet and Confer
10 and prepare the Joint Status Report.

11 NOW, THEREFORE, subject to the Court's approval, Plaintiff, by and through her counsel
12 of record, respectfully asks the following:

13 1. That the Status (Pre-Trial Scheduling) Conference be continued from December 12,
14 2011, at 9:000 a.m., to February 13, 2012, at 9:00 a.m.; and

15 2. That the corresponding deadline to file the Joint Status Report be continued to
16 January 30, 2012.

**GREEN BRYANT & FRENCH, LLP**

Dated: November 21, 2011          /s/   Joel R. Bryant
                                  Joel R. Bryant, Esq.
                                  Jbryant@gbflawyers.com
                                  Attorney for Plaintiff
                                  HUBERT GODINEZ

**ORDER**

**IT IS ORDERED THAT:**

1. The Status (Pre-Trial Scheduling) Conference is continued from December 12, 2011, at 9:00 a.m., to February 13, 2012.

2. A joint status report shall be filed fourteen days prior to the hearing.

**Dated: November 22, 2011**

_____
**GARLAND E. BURRELL, JR.
United States District Judge**